UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SYNERGETICS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:06CV1632 CDP |
| | ) |
| PEREGRINE SURGICAL, LTD., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This case has recently been transferred to the undersigned. Judge Noce had previously set it for a scheduling conference, and that conference will go forward, but in my chambers. Accordingly,

**IT IS HEREBY ORDERED** that the Order setting Rule 16 Conference previously entered in this case remains in effect, except that the conference set for **Wednesday, March 7, 2007 at 10:00 a.m.** will now take place in my chambers, 14th floor South. The joint scheduling plan remains due on March 5, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2007.